THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENDA I. ENLOE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GREG RAIRDON DODGE, CHRYSLER,<br>JEEP INC., *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C22-0628-JCC-SKV<br><br>ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation;

2. Defendant Greg Rairdon Dodge, Chrysler, Jeep, Inc.'s ("Rairdon") Motion to Compel Arbitration (Dkt. No. 15), is GRANTED as to Plaintiff's claims against Defendant Rairdon, but DENIED as to Plaintiff's claims against Defendant Northcoast Warranty Services, Inc. and Defendant National Product Care Company ("NPCC");

3. Plaintiff's claims against Defendants Northcoast Product Care Company and NPCC are SEVERED and STAYED under RCW 7.04A.070(6) pending the

outcome of the arbitration;

4. The Clerk is DIRECTED to send copies of this Order to the parties and to Judge

Vaughan.

DATED this 23rd day of August 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-0628-JCC-SKV
PAGE - 2